# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:19-cv-520-GCM

JOHN PETER JANPOL,

    Plaintiff,

v.

NISSAN NORTH AMERICA, INC., *et al*,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Chris Spencer,** filed October 22, 2019 (Doc. No. 10).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Spencer is admitted to appear before this court *pro hac vice* on behalf of Defendants, Nissan North America, Inc. and Sonic Automotive.

**IT IS SO ORDERED.**

Signed: October 25, 2019

Graham C. Mullen
United States District Judge